Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Manuel L. Garcia

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL L. GARCIA, | ) Case No.: 2:18-cv-02226-JCM-GWF |
| Plaintiff, | ) STIPULATION TO EXTEND TIME ) OF TIME TO FILE MOTION FOR ) REMAND/REVERSAL |
| vs. | ) (FIRST REQUEST) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff Manuel L. Garcia and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from May 2, 2019, to May 31, 2019, for Plaintiff to send his Motion for Remand/Reversal with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request

for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

Plaintiff's counsel currently has three motions due the week this motion is due. Counsel has at least one District Court motion due each week until May 31, in addition to it seven reply briefs, and 11 Appeals Council briefs. Council will also be taking a pre-planned leave one-week prior to the proposed due date. Also, in May, plaintiff's counsel also has three out of county hearings requiring significant travel time. An extension to May 31, 2019, will allow counsel to fully research the issues presented.

DATE: April 26, 2019            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ / *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff Manuel L. Garcia

DATE: April 26, 2019            NICHOLAS A. TRUTANICH
United States Attorney

/s/ Gina Tomaselli
BY: _____

Gina Tomaselli
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED:

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-CV-02226-JCM-GWF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 26, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff
_____

Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff Manuel L. Garcia

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL L. GARCIA | Case No.: 2:18-cv-02226-JCM-GWF |
| Plaintiff, | ⌊PROPOSED⌋ ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 31, 2019, in which to file Plaintiff's MOTION FOR REVERSAL AND/OR REMAND; and that all other deadlines set forth in the April 1, 2019

///

-1-

1  Case Management Order shall be extended accordingly.  IT IS SO ORDERED.
2  DATE : 4/30/2019

_____
THE HONORABLE GEORGE FOLEY
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3

      */s/Cyrus Safa*

4

BY: _____

5      Cyrus Safa
    Attorney for plaintiff