NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 268-5602
     Facsimile: (415) 744-0134
     E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| MANUEL L. GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-CV-02226-JCM-GWF <br><br> UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) |

    IT IS HEREBY STIPULATED, by and between Manuel L. Garcia (Plaintiff) and Andrew Saul, Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of seven (7) days to file his Reply to Plaintiff's Response to Defendant's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e). The current due date is May 1, 2020. The new due date will be May 8, 2020.

    Defendant requests this extension because counsel for Defendant has been ill and on intermittent leave since Plaintiff filed his response to Defendant's motion one week ago, and therefore counsel has

not been able to review Plaintiff's response. This request is made in good faith with no intention to unduly delay the proceedings.  Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on May 1, 2020.  It is therefore respectfully requested that Defendant be granted a seven (7) day extension of time to respond to Plaintiff's motion, up to and including May 8, 2020.

Respectfully submitted,

Dated: May 1, 2020

By: /s/ Cyrus Safa *
CYRUS SAFA
Law Offices of Lawrence D. Rohlfing
(*by email authorization on 5/1/2020)

Dated: May 1, 2020

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

By: /s/ Gina Tomaselli
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that all future filings must include the correct correct caption - 2:18-cv-02226-WGC.  See ECF No. 27.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  May 4, 2020**

# CERTIFICATE OF SERVICE

I, Gina Tomaselli, certify that the following parties were served with UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) on the date and via the method of service identified below:

**Electronic Filing Via CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Dated: May 1, 2020

            /s/ *Gina Tomaselli*
            GINA TOMASELLI
            Special Assistant United States Attorney