1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
3
   Margaret Lehrkind, CSBN [314717]
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone: (510) 970-4829
6  Facsimile: (415) 744-0134
   E-Mail: Margaret.Lehrkind@ssa.gov
7
   Attorneys for Defendant
8

9

10                         **UNITED STATES DISTRICT COURT**

11                                **DISTRICT OF NEVADA**

12  MANUEL L GARCIA,                           )
                                               )  Case No.: 2:18-cv-02226-SCD
13           Plaintiff,                        )
                                               )  **UNOPPOSED MOTION FOR EXTENSION OF**
14      vs.                                    )  **TIME TO FILE DEFENDANT'S RESPONSE TO**
                                               )  **PLAINTIFF'S COUNSEL'S MOTION FOR**
15  KILOLO KIJAKAZI,                           )  **ATTORNEY FEES PURSUANT TO 42 U.S.C. §**
    Acting Commissioner of Social Security,    )  **406(b)**
16                                             )
                                               )
17           Defendant.                        )
                                               )  (***FIRST REQUEST***)
18

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 30-day extension of time to file her response to Plaintiff's counsel's motion for attorney fees pursuant to 42 U.S.C. § 406(b).  This is Defendant's first request for an extension.  The current due date is May 17, 2022. The new date will be June 16, 2022.  All other deadlines will extend accordingly.

Defendant is seeking further clarification from the Social Security payment center on what the total past due benefits and total withholding amounts are in this case.  The notice of award did not contain these amounts.  We have contacted the payment center and they are researching the issue.  As it stands, the Commissioner cannot respond to Plaintiff's motion without this information. Defendant apologizes to the Court for any inconvenience caused by this delay.  We hope that the full requested extension will not be necessary, but out of caution we are requesting a full 30 days.

It is therefore respectfully requested that Defendant be granted an extension of time to file her response to Plaintiff's motion, through and including June 16, 2022.

Dated:  May 18, 2022

Respectfully submitted,

 JASON M. FRIERSON
United States Attorney

/s/ *Margaret Lehrkind*
Margaret Lehrkind
Special Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 19, 2022